# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 6:24-mj-00012-HBK |
| Plaintiff, | ) |
| v. | ) **DEFENDANT'S STATUS REPORT ON** |
| | ) **UNSUPERVISED PROBATION** |
| ANDREW J. RIOS | ) |
| Defendant. | ) |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 C.F.R. § 4.23(a)(2)

**Sentence Date:** November 6, 2024

**Review Hearing Date:** November 4, 2025

**Probation Expires On:** November 5, 2026

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $160 which Total Amount is made up of a Fine: $ 150 Special Assessment: $10 Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $         per month by the         of each month.

☒ **Community Service hours Imposed of:** 50

☒ **Other Conditions:** Complete First time DUI course; install an interlock device unless car is sold; participate in drug or alcohol program for 12 months; abstain from alcohol; and comply with driving conditions including abstaining from driving a vehicle while under the influence and consenting to requested chemical tests.

## *DEFENSE POSITION:*

☒ To date, Defendant has paid a total of $ 170
   ☐ If not paid in full when was last time payment:   Date: Click here to enter a date.
                                                        Amount: $

☒ To date, Defendant has continued seeking an organization that satisfies the specified community service requirement to be completed prior to the final review hearing.

☒ Compliance with Other Special Conditions of Probation: Given Mr. Rios's difficulties in obtaining new employment, he has recently decided to live with family while focusing on his probation conditions and building a stronger foundation. Since this move, he has enrolled in the required DUI course to be completed during his term of probation. Although he had a late start, Mr. Rios is now participating in weekly AA, and living with family now provides him with a stronger support system to continue with substance counseling. Mr. Rios respectfully

requests that the substance counseling condition be modified to allow him the opportunity to complete his sessions while still on probation.

## *GOVERNMENT POSITION:*

☐ The Government agrees to the above-described compliance.

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

   If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ The Government disagrees with the following area(s) of compliance:  Weekly AA during the first year of probation and does not agree to the modification at this time.

Government Attorney:  Briana Vollmer, Rule 180

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that this Court consider modifying Probation Condition 14 to allow Mr. Rios to satisfy his substance abuse programming requirement within his term of probation expiring in November 2026.  If granted, Mr. Rios understands that this modification would allow him to continue participating in the ongoing sessions while completing the remainder of his conditions.

☒ that the review hearing set for 11/4/2025 at 10 am

   ☒ permit for Mr. Rios to appear remotely by Zoom due to his inability to drive to Court.

DATED:  10/24/2025              */s/ Lisa Ndembu Lumeya*
                                DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ **GRANTED in part to the limited extent** that Defendant may appear remotely for his November 4, 2025 first Review Hearing.  The Court will consider modifications to Defendant's probation at that time.

☐ DENIED.

DATED: 10/27/2025              _____
                                **HELENA M. BARCH-KUCHTA**
                                United States Magistrate Judge