# IN THE UNITED STATES DISTRICT COURT
### For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  6:24-mj-00012-HBK |
| ) | |
|      Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| ANDREW J. RIOS ) | |
| ) | |
|      Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | 36 C.F.R. § 4.23(a)(2) |
| **Sentence Date:** | November 6, 2024 |
| **Review Hearing Date:** | November 4, 2025 |
| **Probation Expires On:** | November 5, 2026 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $160 which Total Amount is made up of a Fine: $ 150 Special Assessment: $10 Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $      per month by the      of each month.

☒ **Community Service hours Imposed of:** 50.  As modified pursuant to the review hearing held on November 4, 2025, Mr. Rios was ordered to have started his community service or identify his arrangements to do so at the review hearing scheduled for March 10, 2026.

☒ **Other Conditions:** Complete First time DUI course; install an interlock device unless car is sold; participate in drug or alcohol program for 12 months as modified pursuant to the November 4, 2025 review hearing; abstain from alcohol; and comply with driving conditions including abstaining from driving a vehicle while under the influence and consenting to requested chemical tests.

## *DEFENSE POSITION:*

☒ To date, Defendant has paid a total of $ 170
☐ If not paid in full when was last time payment:   Date: Click here to enter a date.
                        Amount:  $

☒ To date, Defendant has completed 17.5 hours of community service.

☒ Compliance with Other Special Conditions of Probation:  Mr. Rios previously enrolled in the required DUI course and has continued participation.  He is also continuing his participation in

***GOVERNMENT POSITION:***

☒    The Government agrees to the above-described compliance.

☐    Defendant has complied with and completed <u>all</u> conditions of probation described-above.

☐    Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

        If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐    The Government disagrees with the following area(s) of compliance:

Government Attorney:  Briana Vollmer, Rule 180

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒    that the review hearing set for 3/10/2026 at 10 am

    ☒    permit for Mr. Rios to appear remotely by Zoom as complied with at the November 4, 2025 hearing due to his inability to drive to Court. The government does not oppose.

DATED:  2/24/2026

*/s/ Lisa Ndembu Lumeya*
DEFENDANT'S COUNSEL

**O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒    GRANTED.  The Court orders that Defendant may appear by remote means for his Review Hearing scheduled for March 10, 2026 at 10:00 A.M.

☐    DENIED.

Dated:    February 24, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

CAED (Fresno)- Misd. 6 (Rev. 11/2014)