# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>ANDREW J. RIOS<br><br>                Defendant. | Case No.  6:24-mj-00012-HBK<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**           36 C.F.R. § 4.23(a)(2)

**Sentence Date:**           November 6, 2024

**Review Hearing Date:**    July 7, 2026

**Probation Expires On:**    November 5, 2026

## CONDITIONS OF UNSUPERVISED PROBATION:

☒    **Obey all federal, state and local laws**; and

☒    **Monetary Fines & Penalties in Total Amount of:**  $160 which Total Amount is made up of a Fine: $ 150 Special Assessment: $10 Processing Fee: $ Choose an item. Restitution: $

☐    Payment schedule of $      per month by the      of each month.

☒    **Community Service hours Imposed of:**  50

☒    **Other Conditions:**  Complete First time DUI course; install an interlock device unless car is sold; participate in drug or alcohol program for 12 months as modified pursuant to the November 4, 2025 review hearing; abstain from alcohol; and comply with driving conditions including abstaining from driving a vehicle while under the influence and consenting to requested chemical tests.

## DEFENSE POSITION:

☒    To date, Defendant has paid a total of $ 170
      ☐ If not paid in full when was last time payment:   Date: Click here to enter a date.
                                          Amount:  $

☒    To date, Defendant has completed 33.5 hours of community service.

☒    Compliance with Other Special Conditions of Probation:  Mr. Rios participates in AA, community service, and continues working toward completing the DUI course.

☐    The Government agrees to the above-described compliance.

☐    Defendant has complied with and completed <u>all</u> conditions of probation described-above.

☐    Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

        If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐    The Government disagrees with the following area(s) of compliance:

Government Attorney:  Pending

### DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒    that the review hearing set for 7/7/2026 at 10 am

    ☒    permit for Mr. Rios to appear remotely by Zoom as complied with at the prior review hearings due to his inability to drive to Court.

DATED:  7/6/2026

        */s/ Lisa Ndembu Lumeya*
        DEFENDANT'S COUNSEL

### O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒    GRANTED.  The Court orders that the Defendant may appear by remotes means for his Review Hearing scheduled for July 7, 2026 at 10:00  A.M.

☐    DENIED.

Dated:    July 6, 2026

        HELENA M. BARCH-KUCHTA
        UNITED STATES MAGISTRATE JUDGE

CAED (Fresno)- Misd. 6 (Rev. 11/2014)