IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANDREW J. RIOS<br>Defendant. | Case No. 6:24-mj-00012-HBK<br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | 36 C.F.R. § 4.23(a)(2) |
| **Sentence Date:** | November 6, 2024 |
| **Review Hearing Date:** | October 6, 2026 |
| **Probation Expires On:** | November 5, 2026 |

***CONDITIONS OF UNSUPERVISED PROBATION:***

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $160.00 which Total Amount is made up of a Fine: $ 150.00 Special Assessment: $ 10.00 Processing Fee: $ N/A Restitution: $ N/A

☐ Payment schedule of $ per month by the of each month.

☒ **Community Service hours Imposed of:** 50

☒ **Other Conditions:** Complete First Time DUI course; install an interlock device unless car is sold; participate in drug or alcohol program for 12 months as modified pursuant to the November 4, 2025 review hearing; abstain from alcohol; and comply with driving conditions including abstaining from driving a vehicle while under the influence and consenting to requested chemical tests.

***DEFENSE POSITION:***

☒ To date, Defendant has paid a total of $ 170.00
☐ If not paid in full when was last time payment: Date: Click here to enter a date.
Amount: $

☒ To date, Defendant has performed 33.5 hours of community service (see below).

☒ Compliance with Other Conditions of Probation: Mr. Rios informs counsel that he has attended additional AA meetings since July 2026, has recently completed the DUI program and is awaiting written completion documents, and continues to work on his volunteer hours. Counsel is awaiting additional documentation.

***GOVERNMENT POSITION:***

☐ The Government agrees to the above-described compliance.

☐ Defendant has complied with and completed all conditions of probation described-above.

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ The Government disagrees with the following area(s) of compliance: The Government asserts that Mr. Rios has outstanding warrants that have not been addressed and opposes early termination of his probation.

Government Attorney:

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 10/6/2026 at 10 am

☐ be continued to Click here to enter a date. at 10:00 a.m.; or

☒ be vacated, or in the alternative, permit Mr. Rios to appear remotely via video as he has at prior review hearings due to his inability to drive to Court.

☒ that Defendant's unsupervised probation be terminated, and that the case be closed.

DATED: 9/30/2026

*/s/ Peter McGuire*
DEFENDANT'S COUNSEL

**O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that Choose an item.

☒ DENIED.

Dated: September 30, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE